IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GERARDO VILLEGAS-TARIN

    Defendant.

---

## INFORMATION
## 26 U.S.C. § 7206(2)

---

### COUNT 1

The United States Attorney charges that:

On or about May 30, 2011, in the State and District of Colorado, the defendant, JOSE GERARDO VILLEGAS-TARIN, a resident of Colorado, did willfully aid and assist in, and procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a materially false U.S. Individual Income Tax Return, Form 1040, of P.H. for the tax year 2010. The return was false as to a material matter, in that it represented that P.H. was entitled under the provisions of the Internal Revenue laws to claim a business expense deduction of $178,910 for Contract Labor on Schedule C (line 11) when, as the defendant then and there knew, P.H. was entitled to a business expense deduction in an amount that was substantially less than $178,910.

In violation of Title 26, United States Code, Section 7206(2).

JOHN F. WALSH
United States Attorney
District of Colorado

By: *(signature)*
J. Chris Larson
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: J.Chris.Larson@usdoj.gov
Attorney for the United States