DEFENDANT: JOSE GERARDO VILLEGAS-TARIN

YOB: 1972

ADDRESS (CITY/STATE): Commerce City, Colorado

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSE(S):   COUNT 1   26 U.S.C. § 7206(2), Aiding/Assisting in the Preparation and Presentation of False and Fraudulent Return

LOCATION OF OFFENSE (COUNTY/STATE): Denver County, Colorado

PENALTY: NMT 3 years imprisonment, NMT $250,000 fine; NMT 3 years supervised release; $100 Special Assessment

AGENT: Kenneth Valdez, Special Agent, IRS-CI

AUTHORIZED BY: J. Chris Larson
Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days   _____ other

THE GOVERNMENT

_____ will seek detention in this case   __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No