IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00199-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSE GERARDO VILLEGAS-TARIN,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  Jose Gerardo Villegas-Tarin

DATED at Denver, Colorado this 9th day of June, 2016

                        Respectfully submitted,

By:    s/ Joseph H. Thibodeau
Joseph H. Thibodeau
JOSEPH H. THIBODEAU, P.C.
155 South Madison Street, Suite 209
Denver, CO  80209
Telephone:  (303)320-1250
Facsimile:  (303)320-1577
Email: law1@taxlit.com
Attorneys for Defendant Jose Gerardo Villegas-Tarin

## CERTIFICATE OF SERVICE

I certify that on this 9th day June, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

J. Chris Larson, Esq.
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
J.Chris.Larson@usdoj.gov

s/ Joseph H Thibodeau