## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

       v.

JOSE GERARDO VILLEGAS-TARIN,

    Defendant.

---

## ORDER
_____

**THIS MATTER,** having come on for consideration of the defendant's written Motion for Production, and the Court's being fully advised in the premises,

**NOW, THEREFORE, IT IS ORDERED** that the defendant's motion for production, calling for the government's production of the materials identified in paragraphs 1 – 3 therein referenced, be, and hereby is, granted.

**DONE** this ___ day of _____, 2016

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record