# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSE GERARDO VILLEGAS-TARIN,

    Defendant.

---

## NOTICE OF DISPOSITION AND WITHDRAWAL OF DEFENDANT'S MOTION FOR PRODUCTION

---

NOTICE IS HEREBY GIVEN that the defendant, Jose Gerardo Villegas-Tarin, and the United States have reached a basis for disposition in this matter. Accordingly, defendant's Motion for Production [Doc 10] is also hereby withdrawn.

Respectfully submitted this 30th day of June, 2016

                                        **JOSEPH H. THIBODEAU, P.C.**

            By:    s/Joseph H. Thibodeau
                      Joseph H. Thibodeau
                      155 South Madison Street, #209
                      Denver, CO 80209
                      (303)320-1250
                      (303)320-1577 (Facsimile)
                      law1@taxlit.com

CERTIFICATE OF SERVICE

I certify that on this 30th day June, 2016, I electronically filed the foregoing **NOTICE OF DISPOSITION AND WITHDRAWAL OF DEFENDANT'S MOTION FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

J. Chris Larson, Esq.
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado  80202
J.Chris.Larson@usdoj.gov


        s/ Joseph H Thibodeau