IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GERARDO VILLEGAS-TARIN,

    Defendant.

---

**OBJECTION TO PRESENTENCE REPORT**

---

The United States, through the undersigned Assistant United States Attorney, objects to portions of two paragraphs of the presentence report dated September 19, 2016.

Paragraph 14: The footnote in this paragraph (fn. 1) inadvertently omits some of the false tax returns upon which the parties' agreement regarding restitution is based. The complete list is included in the plea agreement on pages 8 and 9 in footnote 2 (footnote 2 in the plea agreement spans two pages).

Paragraph 15: The presentence report states that "the defendant may not have directly financially benefitted…" The agreed amount of restitution in this case is based, in part, on the Defendant's preparation of his own false tax returns in 2010 and 2011, as reflected in fn. 2 of the plea agreement ("Jose Gerardo Villegas-Tarin and G.L.R. 2010 and 2011"). The tax returns reflect a combined direct financial benefit to the Defendant

of approximately $12,711, as described in the Revenue Agent's report produced in discovery (Bates nos. 003953-003954).

Respectfully submitted this 3rd day of October, 2016.

        ROBERT C. TROYER
        Acting U.S. Attorney

By: *J. Chris Larson*
    J. Chris Larson
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0409
    E-mail: J.Chris.Larson@usdoj.gov
    Attorney for the United States

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of October, 2016, I electronically filed the foregoing **OBJECTION TO PRESENTENCE REPORT** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Joseph H. Thibodeau, Esq.
e-mail:  law1@taxlit.com
Attorney for Jose Gerardo Villegas-Tarin

        *s/Maggie E. Grenvik*
        Maggie E. Grenvik
        Legal Assistant