**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-0199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GERARDO VILLEGAS-TARIN,

    Defendant.

---

MOTION FOR REDUCTION OF OFFENSE LEVEL
PURSUANT TO U.S.S.G. § 3E1.1(b)

---

The UNITED STATES OF AMERICA, by and through J. Chris Larson, Assistant United States Attorney, moves this Court to award a full three level reduction in the Defendant's offense level pursuant to United States Sentencing Guidelines §3E1.1(a) & (b), based on the Defendant's acceptance of responsibility. As grounds therefore, the government states that the Defendant assisted authorities in the prosecution of his own misconduct by notifying the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Accordingly, the United States respectfully requests the Defendant receive a total reduction of three levels in his offense level for acceptance of responsibility pursuant to both §3E1.1(a) and §3E1.1(b) of the United States Sentencing Guidelines.

Dated this 19th day of October, 2016.

          Respectfully submitted,

          ROBERT C. TROYER
          Acting United States Attorney

          By: *J. Chris Larson*
          J. CHRIS LARSON
          Assistant U.S. Attorney
          1225 17th Street, Suite 700
          Denver, Colorado 80202
          (303) 454-0100
          (303) 454-0409 (fax)
          J.Chris.Larson@usdoj.gov
          Attorney for Government

CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                By:    *s/J.Chris Larson*
                                        J. Chris Larson
                                        U.S. Attorney's Office
                                        1225 17th St., Suite 700
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100
                                        Facsimile: (303) 454-0401
                                        E-mail: J.Chris.Larson@usdoj.gov