# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### PROBATION OFFICE



| | | |
|---|---|---|
| **LAVETRA A. CASTLES**<br>**Chief U.S. Probation Officer**<br><br>Byron G. Rogers U.S. Courthouse<br>1929 Stout Street, Suite C-120<br>Denver, CO 80294-0101<br>Phone: (303) 844-5424<br><br>212 North Wahsatch Avenue, Suite 300<br>Colorado Springs, CO 80903-3476<br>Phone: (719) 471-3387 | February 1, 2018 | **ELIZABETH MILLER**<br>**Deputy Chief U.S. Probation Officer**<br><br>400 Rood Avenue, Room 309<br>Grand Junction, CO 81501-2520<br>Phone: (970) 245-5396<br><br>103 Sheppard Drive, Suite 206<br>Durango, CO 81303-3439<br>Phone: (970) 385-9564 |

RESPOND TO:   Denver

RE:   Defendant:  Jose Gerardo **VILLEGAS-TARIN**
      Docket No.: 1:16CR00199-1
      **PROBATION RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION**

This correspondence follows the Court's directive that the Probation Office respond to the defendant's motion for early termination of probation (Document 36).

On October 20, 2016, Your Honor sentenced the defendant to 3 years' probation for the offense of Aiding/Assisting in the Preparation and Presentation of False and Fraudulent Return.  The defendant has been on probation since October 20, 2016, which makes him statutorily eligible for early termination pursuant to 18 U.S.C. § 3564(c).  In evaluating suitability for early termination under this statute, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law.  The defendant shall have:

- Stable community reintegration (e.g., residence, family, employment);

- Progressive strides toward supervision objectives and in compliance with all conditions of supervision;

- No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

- No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);

- No recent arrests or convictions (including unresolved pending charges) or ongoing, uninterrupted patterns of criminal conduct;

- No recent evidence of alcohol or drug abuse;

- No recent psychiatric episodes;

- No identifiable risk to the safety of any identifiable victim; and

- No identifiable risk to public safety based on the Risk Prediction Index (RPI).

To the defendant's credit, he has reported to the Probation Office for all scheduled appointments and has been making consistent restitution payments since May 2017.  His current restitution balance is $167,393.00.  The mandatory condition requiring drug testing was waived in his case and the defendant has maintained a stable

residence with his wife and children in Denver, Colorado.  Further, the defendant has a qualifying Risk Prediction Index (RPI) score of 1, which is indicative of a low recidivism rate.

Unfortunately, the Probation Office believes that the defendant does not meet all of the criteria enumerated above.  The defendant has been unemployed since he commenced probation, as he does not possess a valid work permit.  Additionally, he has not made progressive strides while on supervision.  From May 2017 to November 2017, the defendant continuously failed to apply for a work permit after being instructed to do so by the Probation Officer on multiple occasions.  He failed to follow the instructions of the Probation Officer in an effort to avoid detection by the Bureau of Immigration and Customs Enforcement.

It is further noted that on December 15, 2017, the defendant was taken into custody by the Bureau of Immigration and Customs Enforcement.  On January 25, 2018, he appeared before an immigration judge and he was granted a voluntary departure.  He is scheduled to leave the United States sometime before February 5, 2018.  Thus, by continuing the defendant on probation, the Probation Office will be able to ensure that the defendant does not reenter the United States Illegally.

Assistant United States Attorney Chris Larson was contacted and he advised that he is not in support of the defendant's motion for early termination.

Should the Court have any questions regarding the above, please contact this officer at: 303-335-2426.

Respectfully Submitted,

*s/ Lori Cross*
Lori Cross
United States Probation Officer

Approved:

*s/ Garret Pfalmer*
Garret C. Pfalmer
Supervising United States Probation Officer